# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIUS BRADFORD,
               Appellant,
        vs.
THE STATE OF NEVADA,
               Respondent.

No. 80353

**FILED**

FEB 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a pretrial "motion to dismiss charge not filed within the statute of limitations."[1] Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. NRS 177.015(1)(b) (the State or the defendant may appeal from an order *granting* a motion to dismiss); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

---

[1]Appellant's appeal from the judgment of conviction was reversed and remanded. *Bradford v. State*, Docket No. 62108 (Order of Reversal and Remand, October 24, 2017).

20-04775

cc: Hon. Douglas W. Herndon, District Judge
Julius Bradford
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Lisa A. Rasmussen